IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-84 JJF |
| ROBERT W. SHEPHERD, III, a/k/a "Manny" a/k/a "Jig," | : |
| Defendant. | : |

### INFORMATION PURSUANT TO 21 U.S.C. § 851

The United States Attorney for the District of Delaware alleges and charges pursuant to Title 21, United States Code, Section 851(a), that ROBERT W. SHEPHERD, III, defendant herein, is subject to the enhanced statutory penalties set forth in Title 21, United States Code, Sections 841, by virtue of the defendant's prior convictions for felony drug offenses, to wit, (1) Trafficking in Cocaine (5 grams to 50 grams), in the Superior Court of Delaware in and for New Castle County, date of conviction on or about May 19, 1997; and (2) Possession With Intent to Deliver a Nonnarcotic Schedule I Controlled Substance, in the Superior Court of Delaware in and for New Castle County, date of conviction on or about May 19, 1997.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: *[signature]*
Douglas E. McCann
Assistant United States Attorney

Dated: June 20, 2007

## CERTIFICATE OF SERVICE

I, Douglas E. McCann, hereby certify that I caused the foregoing Information Pursuant to 21 U.S.C. § 851 to be served this 20th day of June, 2007, on the following counsel in the manner indicated:

**BY HAND**
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King, Street, Suite 110
Wilmington, Delaware 19801

_____
Douglas E. McCann