*[handwritten at top right: "6/26/2007 ... this 26th day of June, 2007 dr"]*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|   Plaintiff, | : |
| v. | : Criminal Action No. 07-84 JJF |
| ROBERT W. SHEPHERD, III, a/k/a "Manny" a/k/a "Jig," | : |
|   Defendant. | : |

### WAIVER OF INDICTMENT

1. Robert W. Shepherd, III, the above named defendant, who is accused of violating 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846, and 18 U.S.C. § 1957 and 2, being advised of the nature of the charges and of his rights, hereby knowingly, voluntarily and intelligently waives prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

2. The defendant understands that (a) unless he waives indictment, he could not be charged with these offenses unless the Grand Jury found probable cause to believe he committed the offenses and returned an Indictment; (b) the Grand Jury is composed of at least sixteen, but not more than twenty-three lay persons, and at least twelve of those grand jurors must find probable cause to believe that the defendant committed these offenses before an Indictment could be returned; and (c) by waiving Indictment, the Government will be proceeding by a document written by the United States Attorney and called an Information and the defendant will be prosecuted on that Information, rather than on an Indictment.

3. The defendant has read and reviewed with his counsel the charges in the Information, and is satisfied that his counsel has properly explained the charges and this waiver to him.



FILED
JUN 2 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

4.  No one has made the defendant any promises or threatened or forced the defendant to waive indictment.

_Robert W. Shepherd III_  
Robert W. Shepherd, III  
Defendant

_Eleni Kousoulis_  
Eleni Kousoulis, Esquire  
Counsel for Defendant

Date: June 26, 2007